IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Toby D. Wilcox,                                  :
                                                 :
      Plaintiff(s),                              :
                                                 :  Case Number: 1:07cv554
  vs.                                            :
                                                 :  Chief Judge Susan J. Dlott
Ohio Penal Industries, et al.,                   :
                                                 :
      Defendant(s).                              :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 12, 2011 (Doc. 80), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 31, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's Motion for Summary Judgment (Doc. 61) is **GRANTED.** This case is **DISMISSED** with prejudice from the docket of this Court.

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Chief Judge Susan J. Dlott
                                    United States District Court